U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 11 2007

ROBERT H. [SHEMWELL], CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| PATRICK W. TOWNZEN, SR. | CIVIL ACTION NO. 06-1329-LC |
| VS. | SECTION P |
| 14TH JUDICIAL DISTRICT COURT | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that this petition which seeks enforcement of petitioner's statutory right to a speedy trial, be **DENIED AND DISMISSED WITHOUT PREJUDICE** reserving petitioner's right to re-urge his application after he has exhausted available remedies.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 11th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE